FILED

JAN 2 2 2019

Clerk, U S District Cou'
District Of Montana
Billings



# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MELVIN LEVI WOODENTHIGH, JR.,<br><br>Defendant. | CR 15-20-BLG-SPW<br><br>ORDER |

Upon the Court's own Motion,

IT IS HEREBY ORDERED that the Final Hearing regarding Revocation of Supervised Release currently scheduled for Friday, February 15, 2019 at 3:30 p.m., is **VACATED** and reset to commence on **Wednesday, February 27, 2019 at 3:30 p.m.**

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 22nd day of January, 2019.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1