IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED
AUG 21 2020
Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MELVIN LEVI WOODENTHIGH, JR.,<br><br>    Defendant. | CR 15-20-BLG-SPW<br><br>ORDER |

Upon the Court's own Motion,

IT IS HEREBY ORDERED that the Final Hearing regarding Revocation of Supervised Release currently scheduled for Friday, September 4, 2020 at 10:30 a.m., is **VACATED** and reset to commence on **Wednesday, September 2, 2020 at 1:30 p.m.**

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 20th day of August, 2020.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE