IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MELVIN LEVI WOODENTHIGH, JR.,<br><br>Defendant. | Case No. CR 15-20-BLG-SPW<br><br>ORDER |

Due to the recent COVID-19 outbreak at the Yellowstone County Detention Facility and upon the Court's Own Motion,

**IT IS HEREBY ORDERED** that the in-person Revocation Hearing set for Wednesday, September 2, 2020 at 1:30 p.m. is **VACATED.**

**IT IS FURTHER ORDERED** that the Revocation Hearing is **RESET VIA VIDEO from the Big Horn County Jail (Basin, WY)** on **Wednesday, September 2, 2020 at 10:30 a.m.**  Counsel may appear in the Snowy Mountains Courtroom thirty (30) minutes prior to the hearing to video conference with Defendant.  If the defendant objects to this hearing being held via video, he must file a motion to continue the hearing to allow time for the defendant to be transported.

1

The Clerk of Court is directed to notify counsel and the U.S. Marshals Service of the making of this Order.

DATED this 26th day of August, 2020.

*Susan P. Watters*
SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE