IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>MELVIN LEVI WOODENTHIGH, JR.,<br><br>  Defendant. | CR 15-20-BLG-SPW<br><br>ORDER RESETTING HEARING |

Upon the Court's Own Motion,

IT IS HEREBY ORDERED that the Revocation hearing set for November 12, 2021, is **VACATED.**

IT IS FURTHER ORDERED that the Revocation hearing is reset for **Tuesday, November 16, 2021, at 9:30 a.m.** in the James F. Battin U.S. Courthouse, Billings, Montana.

DATED this １ˢᵀ day of November, 2021.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1